UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:19-CR-00241-JPB |
| DUAKO KUJO, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 134]. No objections have been filed. This Court finds as follows:

A district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the Report and Recommendation that is the subject of a proper objection on a *de novo* basis and any non-objected-to portion under a "clearly erroneous" standard. See also Fed R. Crim. Pro. 59(b)(3).

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 134] as the order of the Court. For the reasons stated in

the Magistrate Judge's Report and Recommendation, the Court finds that Defendant is mentally competent to proceed with his criminal case and stand trial.

**SO ORDERED** this 20th day of February, 2024.

_____
J. P. BOULEE
United States District Judge